# Court of Appeals
# of the State of Georgia

ATLANTA,  August 18, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0063. EUGENE FRENCH v. THE STATE.**

In 2006, a jury found Eugene French guilty of two counts of aggravated child molestation, and we affirmed his convictions on direct appeal. *French v. State*, 288 Ga. App. 775 (655 SE2d 224) (2007). In 2022, French filed an extraordinary motion for new trial, which the trial court dismissed on January 9, 2023. French filed this direct appeal of the dismissal order on July 13, 2023. Pretermitting whether the dismissal order is directly appealable,[1] we lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order being appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Because French filed his notice of appeal 185 days after entry of the dismissal order, this appeal is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/18/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Under OCGA § 5-6-35 (a) (7), appeals from orders on extraordinary motions for new trial must comply with the discretionary appeals procedure.